UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERMAINE D. DOSS,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICAL, INC., and JOHNSON & JOHNSON CORPORATION,<br><br>Defendants. | CASE NO. C18-1314 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

This matter is before the Court on Plaintiff's Motion for an Extension of Time to File Complaint. Dkt. #28.[1] Plaintiff again requests that the Court grant him additional time to file an amended complaint and either serve defendants in the action or file a motion seeking service by the U.S. Marshals. *Id.* Plaintiff indicates that he continues to diligently craft an amended complaint that complies with the applicable pleading standards. *Id.* Plaintiff requests a modest extension of time to March 10, 2019. *Id.*

Although Plaintiff has previously been granted additional time to properly advance his action, the Court does find that good cause exists for the modest extension of time requested.

---

[1] Plaintiff's Motion was noted for consideration on March 1, 2019. However, because no Defendant has appeared in this action, the Court treats the Motion as an ex parte motion ready for consideration on the same day it was filed. LCR 7(d)(1).

ORDER – 1

Accordingly, and having considered Plaintiff's Motion and the record, the Court hereby finds and ORDERS:

1. Plaintiff's Motion for an Extension of Time to File Amended Complaint (Dkt. #28) is GRANTED.

2. **No later than March 11, 2019**, Plaintiff shall (1) file any amended complaint he intends to file **and** (2) effect proper service upon Defendants or file a motion seeking service by the U.S. Marshals. **No further extensions will be granted.**

3. The Clerk shall send a copy of this Order to Plaintiff at 18329 52nd Ave. West, Apt. 157, Lynnwood, WA 98037.

Dated this 21st day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2