UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERMAINE D. DOSS,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICAL, INC., and<br>JOHNSON & JOHNSON CORPORATION,<br><br>Defendants. | CASE NO. C18-1314RSM<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte* with regard to Plaintiff's failure to serve Defendants. Despite numerous opportunities, Plaintiff has yet to effect service in this matter.

This matter has been pending since August 22, 2017 and has been pending in this Court since September 6, 2018. Dkts. #1 and #16. On November 6, 2018, the Court informed Plaintiff that it would not direct the U.S. Marshals to effect service without Plaintiff providing accurate and sufficient information allowing the U.S. Marshals to do so. Dkt. #22 at 3–4. On November 19, 2018, and at Plaintiff's request, the Court granted an extension of time to file an amended complaint and provided that "[w]ithin **90 days of the date of this Order**, Plaintiff shall (1) file any amended complaint he intends to file **and** (2) effect proper service upon Defendants or file a motion seeking service by the U.S. Marshals." Dkt. #24 at 2 (emphasis in original). On February 21, 2019, the Court again granted Plaintiff an extension until March 11, 2019. Dkt.

ORDER – 1

#29.  The Court ordered: "**No later than March 11, 2019**, Plaintiff shall (1) file any amended complaint he intends to file **and** (2) effect proper service upon Defendants or file a motion seeking service by the U.S. Marshals.  **No further extensions will be granted.**"  *Id.* at 2 (emphasis in original).

On March 8, 2019, Plaintiff filed a First Amended Complaint.  Dkt. #30.  But Plaintiff filed nothing indicating that Defendants had been properly served or seeking service by the U.S. Marshals.  Accordingly, Plaintiff is ordered to show cause, **by March 26, 2019**, why this matter should not be dismissed for (1) Plaintiff's failure to serve Defendants in accordance with Federal Rule of Civil Procedure 4(m) and/or (2) Plaintiff's failure prosecute and comply with orders of this Court.  Plaintiff's response shall not exceed five pages.  **Failure to respond to this Order will result in dismissal of this action.**

The Clerk shall send a copy of this Order to Plaintiff at 18329 52nd Ave West, Apt. 157, Lynnwood, WA 98037.

Dated this 12 day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2