UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERMAINE D. DOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN PHARMACEUTICAL, INC., and JOHNSON & JOHNSON CORPORATION,<br><br>    Defendants. | CASE NO. C18-1314RSM<br><br>ORDER RESOLVING ORDER TO SHOW CAUSE AND GRANTING SERVICE BY U.S. MARSHAL |

This matter is before the Court *sua sponte* after the Court ordered Plaintiff to show cause "why this matter should not be dismissed for (1) Plaintiff's failure to serve Defendants in accordance with Federal Rule of Civil Procedure 4(m) and/or (2) Plaintiff's failure prosecute and comply with orders of this Court." Dkt. #31. In response, Plaintiff requests an order from this Court directing the U.S. Marshal to assist in service. Dkt. #32. In support of this request, Plaintiff indicates that he misunderstood the Federal Rules of Civil Procedure and this Court's earlier orders and that he believed that he was entitled, because of his *in forma pauperis* status, to assistance from the U.S. Marshals. *Id.*

The Court is mindful that Plaintiff is pro se, has remained responsive in this matter, and has attempted to comply with this Court's orders and the Federal Rules of Civil Procedure. Further, Plaintiff now provides the necessary information for the U.S. Marshal to effect service

ORDER – 1

in this matter, information that was not previously provided to the Court. *See* Dkt. #22 at 3–4 (noting that Plaintiff provided no information of where U.S. Marshal was to effect service). Considering Federal Rule of Civil Procedure 4(c)(3), Plaintiff's *in forma pauperis* status, and the remainder of the record, the Court finds it appropriate to assist Plaintiff in service of this matter.

Accordingly, and having reviewed Plaintiff's response and the remainder of the record, the Court finds and ORDERS:

1. The Court's Order to Show Cause (Dkt. #31) is RESOLVED.

2. Plaintiff's Response to Show Cause Order and Motion for Order Directing the U.S. Marshall's [sic] Office to Perfect Service on the Defendants (Dkt. #32) is GRANTED.

3. The Clerk shall issue Summonses for Johnson & Johnson and Janssen Research and Development, LLC at the following addresses:

   | | |
   |---|---|
   | Johnson & Johnson | Janssen Research and Development, LLC |
   | One Johnson & Johnson Plaza | One Johnson & Johnson Plaza |
   | New Brunswick, New Jersey 08933 | New Brunswick, New Jersey 08933 |

4. The United States Marshal shall send the following to Defendants Johnson & Johnson and Janssen Research and Development, LLC by separate first-class mailings:

   a. a copy of the Amended Complaint (Dkt. #30) and a copy of this Order;

   b. a copy of the appropriate Summons;

   c. two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons;

   d. a Waiver of Service of Summons; and

   e. a return envelope, postage prepaid, addressed to the Clerk's Office.

5. All costs of service shall be advanced by the United States.

ORDER – 2

6. Defendants shall have **thirty (30) days** within which to return the Waiver of Service of Summons. If a Defendant timely returns the signed Waiver, that Defendant shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an Answer or a motion directed to the Complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure. **If a Defendant fails to timely return the signed Waiver, that Defendant will be personally served with a Summons and Complaint and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2)**. A Defendant who has been personally served shall file an Answer or motion permitted under Rule 12 within **twenty-one (21) days** after service.

7. The Clerk shall send a copy of this Order to Plaintiff at 18329 52nd Ave West, Apt. 157, Lynnwood, WA 98037.

Dated this 2 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 3