UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERMAINE D. DOSS,

    Plaintiff,

    v.

JANSSEN PHARMACEUTICAL, INC., and JOHNSON & JOHNSON CORPORATION,

    Defendants.

CASE NO. C18-1314 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 3, 2019, Defendants filed a motion to dismiss, noting it for the Court's consideration on June 28, 2019. Dkt. #37. On June 13, 2019, Plaintiff filed a Motion for an Extension of Time to File Response to Motion to Dismiss. Dkt. #38. Plaintiff indicates that he "has been researching the Federal Rules of Civil Procedure and understands now that he must file a comprehensive response with a memorandum of law" in response to Defendants' "plethora of legal defenses."[1] *Id.* at 2. Plaintiff requests, pursuant to Federal Rule of Civil Procedure 6(b),

---

[1] The Court refers Plaintiff to Local Civil Rule 7 which provides that "argument in support . . . shall not be made in a separate document but shall be submitted as part of the [briefing] itself." LCR 7(b)(1). Plaintiff is expected to be familiar with this Court's Local Civil Rules. A copy can be accessed electronically at: https://www.wawd.uscourts.gov/local-rules-and-orders

MINUTE ORDER – 1

an extension of time such that his response is due no sooner than July 5, 2019. *Id.* Defendants have responded indicating that they do not object to the request,[2] but request that the motion be renoted for consideration on Friday July 12, 2019 (making their reply due on that date).

Accordingly, the Court finds that an extension is warranted and ORDERS that:

1. Plaintiff's Motion for an Extension of Time to File Response to Motion to Dismiss (Dkt. #38) is GRANTED.

2. Johnson & Johnson and Janssen Research and Development, LLC's Motion to Dismiss (Dkt. #37) is RENOTED for consideration on July 12, 2019. As a result, and pursuant to Local Civil Rule 7(d)(3), Plaintiff's response is due no later than July 8, 2019,[3] and Defendants' reply is due no later than July 12, 2019.

3. The Clerk shall mail a copy of this Minute Order to Plaintiff's last known address.

Dated this 4th day of June 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
　　Deputy Clerk

---

[2] Plaintiff is advised that contact with opposing counsel to see if a motion will be opposed can save time and resources through the presentation of stipulated motions or voluntary renoting. LCR 1(c)(7) ("'Stipulated Motion' is a stipulation (agreement) between or among the parties presented to the court with a proposed order."); LCR 7(d)(l) ("moving party may renote its own pending motion itself by promptly filing a document titled Notice of Motion Renoted"). Stipulated motions may be noted for consideration on the day they are filed. LCR 7(d)(1).

[3] However, Plaintiff's response must be mailed not later than July 5, 2019, if he intends to serve by mail. LCR 7(d)(3).

MINUTE ORDER – 2